**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael Kenta DAVIS, Defendant– Appellant.**

**No. 13–7493.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 19, 2013.

Decided: Dec. 24, 2013.

Michael Kenta Davis, Appellant Pro Se. Michael Gordon James, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Kenta Davis appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Davis,* No. 7:07–cr–00086–D–1 (E.D.N.C. July 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*